**Ruth G. GRAVES, Appellant, v. PACIFIC MINES & METALS, Inc., a Corporation, Appellee.**

No. 10673.

Circuit Court of Appeals, Ninth Circuit.

Jan. 31, 1944.

Charles H. Carr, U. S. Atty., E. H. Mitchell, Asst. U. S. Atty., and Eugene Harpole, Sp. Atty., Bureau of Internal Revenue, all of Los Angeles, Cal., for appellant.

Chase, Barnes & Chase, of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT and HEALY, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of counsel for respective parties, and good cause therefor appearing, it is ordered that the appeal herein be dismissed with prejudice, that a judgment of dismissal be filed and entered accordingly and the mandate of this court issue forthwith.